UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Anna L. Campbell,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
|    v. | ) | Case No. 4:10cv01311 UNA |
| | ) | |
| **Michael Astrue** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
|    **Defendant.** | ) | |

## ORDER

On July 19, 2010, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Charles A. Shaw, U.S. District Judge.

Dated this 20th day of July, 2010.

                James G. Woodward, Clerk of Court

                By:/s/ Karen Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**

**2:10cv00040 CAS.**